NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAM STROTHER,                          )
                                       )
         Appellant,                    )
                                       )
v.                                     )   Case No.  2D18-3124
                                       )
STATE OF FLORIDA,                      )
                                       )
         Appellee.                     )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly Sharpe Byrd, Judge.

Sam Strother, pro se.


PER CURIAM.


         Affirmed.


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.